No. 771. BENEDEK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 777. HOLIDAY INNS OF AMERICA, INC. *v.* ZIMMERMAN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 779. LEWIS ET UX. *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 781. SEARS, ROEBUCK & CO. ET AL. *v.* SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. Petition for certiorari before judgment to C. A. 8th Cir. Certiorari denied.

No. 782. NATIONAL AIRLINES INC. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT LODGE 145, ET AL. C. A. 5th Cir. Certiorari denied.

No. 791. McDONOUGH *v.* BERSHAD. C. A. 7th Cir. Certiorari denied.

No. 792. SULLIVAN *v.* RAZA. C. A. D. C. Cir. Certiorari denied.

No. 802. BUTCHER ET AL. *v.* FLORIDA INDUSTRIAL COMMISSION ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 806. UNITED SERVICES AUTOMOBILE ASSN. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 807. DONALD *v.* ZACK MEYER'S T. V. SALES & SERVICE ET AL. C. A. 5th Cir. Certiorari denied.